

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/08

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 25, 2008

BY FAX

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

FILED IN CHAMBERS
NAOMI REICE
APR 28 2008
UNITED STATES DISTRICT JUDGE

Re: Dawn M. Wazeter v. Astrue
    08 Civ. 0479 (NRB)

Dear Judge Buchwald:

The Government's answer in the above-referenced Social Security case is due April 28, 2008. We write respectfully to request that the date to answer or move with respect to the complaint be adjourned for 60 days, until June 27, 2008. The reason for this request is to give the Social Security Administration sufficient time to evaluate its litigation position in this matter. No prior adjournment has been requested in this case. We attempted to obtain the consent of plaintiff, who is proceeding pro se, to this proposed adjournment, but have been unable to reach her. She did not respond to a letter we sent her on March 31, 2008, and telephone messages left for her on April 22, 2008 and April 23, 2008 have not been returned. We appreciate the Court's consideration of this request.

So ordered.
[signature] NRB
4/29/08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750