UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

DAWN M. WAZETER,                         :

              Plaintiff,          :       **ORDER**

   - against -                           :       08 Civ. 0479 (NRB)

COMMISSIONER OF SOCIAL SECURITY,         :

              Defendant.          :

---------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff filed her complaint in January of 2008 and defendant answered in June of 2008, it is

    **ORDERED** that defendant submit its motion for judgement on the pleadings within thirty-five days of the date of this Order, that plaintiff submit its response within thirty days thereafter, and that defendant submit its reply, if any, within fourteen days of plaintiff's submission.

DATED:    New York, New York
         July 3, 2008

                                 NAOMI REICE BUCHWALD
                                 UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08