

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

August 5, 2008

BY FAX

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

[Stamp: FILED IN CHAMBERS OF NAOMI REICE BUCHWALD AUG -5 2008 UNITED STATES DIST...]

Re: Dawn M. Wazeter v. Astrue
    08 Civ. 0479 (NRB)

Dear Judge Buchwald:

    The Court issued a briefing schedule in the above-referenced Social Security case that required the Government to file a motion for judgment on the pleadings by August 7, 2008, plaintiff to respond by September 8, 2008, and the Government to reply by September 22, 2008. We write respectfully to request, with the consent of plaintiff, who is proceeding pro se, that the briefing schedule be adjourned as follows: Government's motion for judgment on the pleadings by September 12, 2008, plaintiff's response by October 14, 2008, and the Government's reply by October 28, 2008. The reason for this request is to give the Government sufficient time to prepare its papers, and to accommodate the vacation schedule of the undersigned. No prior adjournment of the briefing schedule has been requested. We appreciate the Court's consideration of this request.

*[Handwritten endorsement: So Ordered / Naomi Reice Buchwald / USDJ / 8/7/08]*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird
    SUSAN D. BAIRD
    Assistant United States Attorney
    tel. (212) 637-2713
    fax (212) 637-2750

**MEMO ENDORSED**

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/8/08]

cc: <u>BY FEDERAL EXPRESS</u>
    Dawn M. Wazeter



FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, SDNY
86 Chambers Street, 3rd Floor
NEW YORK, NY   10007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: SUSAN D. BAIRD, AUSA

Office Phone No.: (212) 637-2713

Fax Number: (212) 637-2750

No. pages (including cover sheet):

Date sent: August 5, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION
The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To: Honorable Naomi Reice Buchwald

Office Phone No:

Fax Number: (212) 805-7927

Reference : Dawn M. Wazeter v. Astrue
            08 Civ. 0479 (NRB)

Remarks: